1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ALLEN R. TURK,

11             Petitioner,                    No. CIV S-07-1082 FCD DAD P

12        vs.

13   BOARD OF PAROLE HEARINGS,

14             Respondent.                    ORDER

15   _____/

16             Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma

18   pauperis.

19             Examination of the in forma pauperis affidavit reveals that petitioner is unable to

20   afford the costs of suit.  Accordingly, the request for leave to proceed in forma pauperis is

21   granted.  See 28 U.S.C. § 1915(a).

22             "A petitioner for habeas corpus relief must name the state officer having custody

23   of him or her as the respondent to the petition."  Stanley v. California Supreme Court, 21 F.3d

24   359, 360 (9th Cir. 1994) (citing Rule 2(a), 28 U.S.C. foll. § 2254).  Petitioner has named the

25   Board of Parole Hearings as respondent in this action.  The Board of Parole Hearings is not the

26   proper respondent in this action.  Accordingly, the instant petition must be dismissed with leave

                                          1

1    to amend.  See Stanley, 21 F.3d at 360.  In his amended petition, petitioner must name as the

2    respondent the warden of the facility where he is incarcerated.

3               In accordance with the above, IT IS HEREBY ORDERED that:

4               1.  Petitioner's application to proceed in forma pauperis is granted;

5               2.  Petitioner's application for writ of habeas corpus is dismissed with leave to file

6    an amended petition within thirty days from the date of this order;

7               3.  Any amended petition must be filed on the form employed by this court, must

8    name the proper respondent, and must state all claims and prayers for relief on the form.  It must

9    bear the case number assigned to this action and must bear the title "Amended Petition"; and

10              4.  The Clerk of the Court is directed to send petitioner the form for habeas corpus

11    application.

12    DATED: February 22, 2008.

13

14                            _____

15                            DALE A. DROZD
                                UNITED STATES MAGISTRATE JUDGE

16    DAD:9
      turk1082.122

17

18

19

20

21

22

23

24

25

26